# Exhibit 4

| | |
|---|---|
| **From:** | Mark.Cronenwett |
| **To:** | "JoAnn.Means" |
| **Cc:** | "jerryjj@airmail.net" |
| **Subject:** | RE: 2018-PR02471-1-A Grooms estate Grooms vs Bank of new York Mellon Trust |
| **Date:** | Tuesday, March 08, 2022 12:08:41 PM |
| **Attachments:** | image001.png |

Jerry,

In response to your letter dated 3 3 22, a title claim was made on 3-25-19 and was paid on 4 13 21. The claim letter is not discoverable.

Thanks,

Mark D. Cronenwett
Mackie Wolf Zientz & Mann, PC
14160 N. Dallas Parkway, Suite 900
Dallas, TX 75254
Direct: (214) 635 2670
Main: (214) 635 2650
Fax: (214) 635 2686



**MACKIE WOLF ZIENTZ MANN**
**Arkansas Tennessee**
**Texas**

Information contained in this transmission is privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone. Thank you.