# Exhibit 5

# MACKIE WOLF ZIENTZ & MANN, P.C.
ATTORNEYS AT LAW
PHONE (214) 635-2650  FAX (214) 635-2686

| | |
|---|---|
| PARKWAY OFFICE CENTER, SUITE 900 | UNION PLAZA |
| , 14160 NORTH DALLAS PARKWAY | 124 WEST CAPITOL, SUITE 1560 |
| DALLAS, TEXAS 75254 | LITTLE ROCK, ARKANSAS 72201 |
| * PLEASE RESPOND TO DALLAS OFFICE | |

18-000042-210
April 10, 2019
CERT MAIL    7015 1730 0000 7543 9356

JEFFREY RAY GROOMS, AS INDEPENDENT EXECUTOR OF THE ESTATE OF CHRISTINE GROOMS
9745 STONEY BRIDGE ROAD
FORT WORTH, TX 76108

RE:   LOAN NO. XXXXXX2275
      MWZM NO. 18-000042-210-1

## NOTICE OF ACCELERATION OF LOAN MATURITY

Dear Mr. Grooms,

We have been retained by CELINK, Mortgage Servicer for BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST, the current Mortgagee of the Note and Deed of Trust related to the above referenced loan. A servicing agreement between the Mortgagee, whose address is:

BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT
SERIES I TRUST
2900 ESPERANZA CROSSING
AUSTIN, TX 78758

and the Mortgage Servicer authorizes the Mortgage Servicer to collect the debt. We have been employed by our client to represent it in collecting the indebtedness and enforcing the Deed of Trust.

A default occurred under the terms of the Note due to the passing of Christine Grooms, and the maturity date of the Note was accelerated effective 03/27/2019.

All unpaid principal and accrued interest on the Note are due and payable at this time. You may obtain the precise amount due by contacting this firm at **(214) 635-2650**. Payment must be made by cashier's check, certified check or money orders.

**ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.**

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT THE DEBT AND ANY INFORMATION OBTAINED BY IT WILL BE USED FOR THAT PURPOSE.

Sincerely yours,

Mackie Wolf Zientz & Mann, P.C.