# Exhibit 9

# Case # 2018-PR02471-1-A - In Re: The Estate of Evelyn Christine Grooms, …

## Case Information

**Location**
Tarrant County - Probate Court No. 1

**Category**
Probate

**Case Type**
Ancillary - Probate Independent Administration

Need Help?

**Case Initiation Date**
4/17/2019

**Case #**
2018-PR02471-1-A

**Assigned to Judge**
Ponder, Christopher W.

## Party Information

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Plaintiff | Jeffrey Ray Grooms | JoAnn Means (+1 more) |
| Public Notice | Public Notice | |
| Defendant | The Bank of New York Mell… | Mark Cronenwett |
| Defendant | Compu-Link Corportation, C… | |
| Mediator | Thomas Henry | |

Need Help?

[Add Another Party]

## Filings

### Enter the details for this filing

**Filing Type**
EFileAndServe

**Filing Code**
[ ]

Need Help?

**Filing Description**
[ ]

**Client Reference Number**
Firm client re-bill or case tracking #

**Comments to Court**
[ ]

**Courtesy Copies**
[ ]

Help

**Payment Account**

Click to select Payment Account

**Party Responsible for Fees**

Click to select Party Responsible for Fees

**Filing Attorney**

**Filer Type**

Click to select Filer Type

Help

© 2022 Tyler Technologies
Version: 2022.0.0.9916