# Exhibit 11

# MACKIE WOLF ZIENTZ & MANN, P.C.
ATTORNEYS AT LAW
PHONE (214) 635-2650   FAX (214) 635-2686

| PARKWAY OFFICE CENTER, SUITE 900 | UNION PLAZA |
|---|---|
| 14160 DALLAS PARKWAY | 124 WEST CAPITOL, SUITE 1560 |
| DALLAS, TEXAS 75254 | LITTLE ROCK, ARKANSAS 72201 |
| * PLEASE RESPOND TO DALLAS OFFICE | |

August 30, 2021

**VIA FIRST CLASS MAIL**
CHRISTINE GROOMS
801 ALA DRIVE
WHITE SETTLEMENT, TX 76108

RE:    Loan No:              [REDACTED]
           Current Borrower(s):    CHRISTINE GROOMS
           Property Address:      801 ALA DRIVE, WHITE SETTLEMENT, TX 76108
           MWZM No.:           18-000042-210-2

Dear CHRISTINE GROOMS:

According to the figures provided to us by our client, the **payoff** figures you requested in connection with the above-referenced loan are as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $136,746.44 |
| Interest | $88.23 |
| Current Attorney Fees | $2,429.63 |
| Corporate Advances | $-89,000.00 |
| Recording Fees | $31.26 |
| Title Costs | $400.00 |
| Servicing Fee for September | $35.00 |
| MIP | $28.10 |
| Grand Total | $50,758.66 |

The foregoing figures are good through September 15, 2021. These figures are subject to final verification upon receipt of funds by Reverse Mortgage Solutions, Inc. which reserves the right to adjust these figures and refuse any funds which are insufficient to pay the loan in full for any reason including, but not limited to an error in calculation of the payoff amount, previously dishonored check or money order or additional disbursements made by Reverse Mortgage Solutions, Inc. between the date of this payoff statement and the receipt of funds. Payment must be made payable to Reverse Mortgage Solutions, Inc. in the form of a cashiers check, certified check or money orders and should be sent to our office.

**This quote includes all estimated and future fees necessary to pay off this loan. Any overages will be refunded to you within 20 business days.**

If you have any questions, please do not hesitate to contact our office.

        **Pursuant to the Federal Fair Debt Collection Practices Act, we advise you that this firm is a debt collector attempting to collect the indebtedness referred to in the above paragraphs and any information we obtain from you will be used for that purpose.**

Sincerely,

Mackie Wolf Zientz & Mann, P.C.