**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JEFFREY RAY GROOMS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 4:22-cv-00772-O |
| | § | |
| **MACKIE WOLF ZIENTZ & MANN,** | § | |
| **P.C.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

The Court has issued an order granting Defendants' Motion for Judgment on the Pleadings (ECF No. 16). *See* Order, ECF No. 47. In that order, the Court also denied Plaintiff's request for leave to amend his claims. *Id.* Accordingly, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all claims asserted in the above-captioned action are **DISMISSED with prejudice**.

This Final Judgment fully and finally resolves all issues between Plaintiff and Defendants and may be appealed. Any relief not specifically granted in this Final Judgment is **DENIED**.

**SO ORDERED** on this **28th day** of **August, 2023**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**